August 18, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JOSE RANGEL AND JUAN CARLOS ARGUNDIS-RAMIREZ, Appellants

NO. 14-14-00623-CV                      V.

JOSE ALVARO RIVERA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Jose Alvaro Rivera, signed May 19, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Jose Rangel and Juan Carlos Argundis-Ramirez, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.